UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VICTOR RENATO BLYTHE,<br><br>Defendant. | Case No. 25-cr-253 (DLF) |

**GOVERNMENT'S MOTION FOR AN ORDER PERMITTING THE DISCLOSURE OF ITEMS PROTECTED BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e)**

The United States of America, by and through its undersigned counsel, respectfully moves this Court for entry of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e).

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

Dated: October 3, 2025    By:   */s/ Rachel Bohlen*
Rachel Bohlen
D.C. Bar No. 1010981
Assistant United States Attorney
United States Attorney's Office
for the District of Columbia
601 D Street NW
Washington, DC 20530
(202) 809-3575
rachel.bohlen@usdoj.gov