# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | :    Case No. 25-cr-253 |
| **v.** | : |
| | : |
| **VICTOR RENATO BLYTHE,** | : |
| | : |
| **Defendant.** | : |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully gives notice that undersigned counsel for the government has provided counsel for the defendant additional discovery, as outlined in the enclosed discovery letter, dated October 20, 2025.

                    Respectfully submitted,

                    JEANINE FERRIS PIRRO
                    UNITED STATES ATTORNEY

By:   */s/ Rachel Bohlen*
       Rachel Bohlen
       DC Bar No. 1010981
       Assistant United States Attorney
       601 D St NW
       Washington, DC 20530
       (202) 809-3575
       rachel.bohlen@usdoj.gov



U.S. Department of Justice
Jeanine Ferris Pirro
United States Attorney
*District of Columbia*

*Patrick Henry Building*
*601 D St., N.W.*
*Washington, D.C.  20530*

October 20, 2025

**VIA USAFX**

Maria Jacob, Esq.
maria_jacob@fd.org

   Re: Discovery Production Letter No. 4
     <u>United States v. Victor Renato Blythe,</u> 25-cr-253

Dear Counsel:

I am writing to memorialize the production of the following material in discovery.

The following items were provided to you via USAFx on October 20, 2025:

- 305D-WF-4114058_0000029.pdf
- 305D-WF-4114058_0000030.pdf
- 305D-WF-4114058_0000031.pdf
- 305D-WF-4114058_0000031_1A0000021_0000001.pdf
- 305D-WF-4114058_0000035.pdf
- 305D-WF-4114058_0000036.pdf
- 305D-WF-4114058_0000037.pdf
- 305D-WF-4114058_0000037_1A0000025_0000001.pdf
- 305D-WF-4114058_0000038.pdf
- 305D-WF-4114058_0000038_1A0000026_0000001.pdf
- 305D-WF-4114058_0000039_1A0000027_0000001_Redacted.pdf
- 305D-WF-4114058_0000039_Redacted.pdf
- 305D-WF-4114058_0000040.pdf
- 305D-WF-4114058_0000040_1A0000028_0000001.pdf
- 305D-WF-4114058_0000041_Redacted.pdf
- 305D-WF-4114058_0000042.pdf
- 305D-WF-4114058_0000042_1A0000030_0000001.jpg
- 305D-WF-4114058_0000043.pdf
- 305D-WF-4114058_0000043_1A0000031_0000002.zip

- 305D-WF-4114058_0000044.pdf
- 305D-WF-4114058_0000045.pdf
- 305D-WF-4114058_0000045_1A0000032_0000001.pdf
- 305D-WF-4114058_0000046_Redacted.pdf
- 305D-WF-4114058-FF_0000001.pdf
- 305D-WF-4114058-FF_0000002.pdf
- 305D-WF-4114058-FF_0000002_1A0000003_0000001.pdf
- 305D-WF-4114058-FF_0000002_1A0000003_0000002.pdf
- 305D-WF-4114058-FF_0000002_1A0000003_0000003.pdf
- 305D-WF-4114058-FF_0000002_1A0000003_0000004.pdf
- 305D-WF-4114058-FF_0000002_1A0000004_0000001.pdf
- 305D-WF-4114058-GJ_0000001.pdf
- 305D-WF-4114058-GJ_0000002.pdf
- 305D-WF-4114058-GJ_0000002_1A0000001_0000004.pdf
- 305D-WF-4114058-GJ_0000002_1A0000001_0000005.pdf
- 305D-WF-4114058-GJ_0000003.pdf
- 305D-WF-4114058-GJ_0000004.pdf
- 305D-WF-4114058-GJ_0000004_1A0000003_0000002_PHYSICAL.pdf
- 305D-WF-4114058-GJ_0000005.pdf
- 305D-WF-4114058-GJ_0000005_1A0000004_0000001.pdf
- 305D-WF-4114058-GJ_0000005_1A0000004_0000003.zip
- 305D-WF-4114058-SBP_0000008.pdf
- 305D-WF-4114058-SBP_0000008_1A0000006_0000001.pdf
- 305D-WF-4114058-SBP_0000008_1A0000006_0000002.gpg
- 305D-WF-4114058-SBP_0000008_1A0000006_0000003.zip
- 305D-WF-4114058-SBP_0000008_1A0000006_0000004.zip
- 305D-WF-4114058-SBP_0000008_1A0000006_0000005.gpg
- 305D-WF-4114058-SBP_0000009.pdf
- 305D-WF-4114058-SBP_0000009_1A0000007_0000001.zip
- 305D-WF-4114058-SBP_0000009_1A0000007_0000002.pdf
- 305D-WF-4114058-SBP_0000009_1A0000007_0000003.pdf
- 305D-WF-4114058-SBP_0000009_1A0000007_0000004.zip
- 305D-WF-4114058-SBP_0000009_1A0000007_0000005.pdf
- 305D-WF-4114058-SBP_0000010_1A0000008_0000001_Redacted.pdf
- 305D-WF-4114058-SBP_0000010_Redacted.pdf
- 305D-WF-4114058-SBP_0000011.pdf
- 305D-WF-4114058-SBP_0000011_1A0000009_0000001.pdf
- 305D-WF-4114058-SBP_0000011_1A0000009_0000002.zip
- 305D-WF-4114058-SBP_0000012.pdf
- 305D-WF-4114058-SBP_0000012_1A0000010_0000001.zip
- 305D-WF-4114058-SBP_0000012_1A0000010_0000002.pdf
- 305D-WF-4114058-SBP_0000012_1A0000010_0000003.pdf
- 305D-WF-4114058-SBP_0000013.pdf
- 305D-WF-4114058-SBP_0000013_1A0000011_0000001.pdf

- 305D-WF-4114058-SBP_0000013_1A0000011_0000002.pdf
- 305D-WF-4114058-SBP_0000013_1A0000011_0000003.xlsx
- 305D-WF-4114058-SBP_0000013_1A0000011_0000004.pdf
- 305D-WF-4114058-SBP_0000014_1A0000012_0000002_Redacted.pdf
- 305D-WF-4114058-SBP_0000014_Redacted.pdf
- 305D-WF-4114058-SBP_0000015.pdf
- 305D-WF-4114058-SBP_0000015_1A0000013_0000001.pdf
- All serial report 10.20.25.xlsx
- Manifest 10.20.25.xlsx

I will continue to provide you with ongoing discovery as appropriate, and we will note in the defendant's file the date this discovery was sent to you. The Government hereby requests reciprocal discovery pursuant to Rule 16(b)(1) of the Federal Rules of Criminal Procedure.

Should you have any questions about these materials, please do not hesitate to contact me.

Sincerely,

*/s/ Rachel Bohlen*
Rachel Bohlen
Assistant United States Attorney
Phone: (202) 809-3575
E-mail: Rachel.Bohlen@usdoj.gov