Government ☐
Plaintiff ☐
Defendant ☒
Joint ☐
Court ☐

USA
vs.
Victor Renato Blythe

Civil/Criminal No. 25-cr-253-DLF-1

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Frohnapfel BWC (Redacted) | 10-23-25 | ✓ | Agent Blake Frohnapfel | — |
| 2 | Griffith BWC (Redacted) | | | Agent Tonya Sturgill Griffith | — |
| A | Search Warrant Application (Redacted) | 10-23-25 | ✓ | Agent Blake Frohnapfel | — |
| B | FBI ROI (Redacted) | | | Agent Blake Frohnapfel | — |
| C | Search Warrant | | | Agent Blake Frohnapfel | — |