UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VICTOR RENATO BLYTHE,<br><br>Defendant. | Case No. 25-cr-253 (DLF) |

## JOINT STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and counsel for Mr. Blythe, Maria Jacob, respectfully submit this joint status report, as requested by the Court on November 25, 2025. The parties have consulted and agree that the government file its opposition by Friday, November 28, 2025, and the defense file any reply by Tuesday, December 2, 2025.

                                                      Respectfully submitted,

                                                      JEANINE FERRIS PIRRO
                                                      UNITED STATES ATTORNEY

                                                       */s/ Rachel Bohlen*
                                                      Rachel Bohlen
                                                      DC Bar No. 1010981
                                                      Assistant United States Attorney
                                                      601 D St NW
                                                      Washington, DC 20530
                                                      (202) 805-3575
                                                      rachel.bohlen@usdoj.gov